# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. James N. Hatten, Clerk
United States District Court

DATE: May 7, 2018

RE: 16-72067-pmb
Bankruptcy Case No.

Barbara Jean Krieg
Debtor(s)

AND/OR

Neil C. Gordon, Chapter 7 Trustee
for the Estate of Barbara Jean Krieg
Plaintiff/Appellant

17-5155.
Adversary Proceeding No.

vs

Wells Fargo Bank, National Association
Defendant/Appellee

## SUPPLEMENTAL SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 04/05/2018- Doc. No. 21
File date of Order being appealed from 03/22/2018 - Doc. No. 19
☒ Supplemental Record to USDC Case No. 18-CV-1485-SCJ
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Initial Documents 1,4,11,12,13,14,15,16,17,18,28, docket report
☒ Designated items of    ☒ Appellant(s)    ☐ Appellee
Filing Fee Paid -  ☒ Yes    ☐ No
In Forma Pauperis -  ☐ GRANTED    ☐ DENIED
Click here to enter text. Volumes of Record
Click here to enter text. Volumes of Transcript/Depositions
Click here to enter text. Envelope(s)/Box(s) Exhibits

If previous appeal filed, list:
USDC Case Number: Click here to enter text.
USDC Judge Assignment: Click here to enter text.
Previous case numbers in related appeal cases:
Click here to enter text.

**Please return a "RECEIVED" stamped copy showing Case Number and Judge Assignment**

_____
**USDC Number/Judge**

FROM: M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: __/s/_____
Yahaira Lugo, Deputy Clerk